# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### THIRD AMENDED CHAPTER 13 PLAN

Docket # 11-11993
DEBTOR:     Stanek, Kevin S.            SS# \*\*\*-\*\*-0134
TERM OF THE PLAN: 60 Months
PLAN PAYMENT: Debtor(s) to pay monthly: $685.00

## I. SECURED CLAIMS

A. CLAIMS TO BE PAID THROUGH THE PLAN (INCLUDING ARREARS):

| Creditor | | Description of Claim |
|---|---|---|
| Chase | $7,949.00 | Arrears, 1st Mortgage on Residence |

B. CLAIMS TO BE PAID DIRECTLY TO CREDITORS (Not through Plan):

| Creditor | | Description of Claim |
|---|---|---|
| Chase | $256,296.71 | Principal, 1st Mortgage on Residence |
| Chase | $50,021.06 | Home Equity Line of Credit |

## II. PRIORITY CLAIMS

A. CLAIMS TO BE PAID THROUGH THE PLAN (INCLUDING ARREARS):

| Creditor | | Description of Claim |
|---|---|---|
| Internal Revenue Service | $14,716.00 | Federal Tax Liability |
| MA Department of Revenue | $2,267.86 | State Tax Liability |

B. CLAIMS TO BE PAID DIRECTLY TO CREDITORS (Not through Plan):
N/A

## III. ADMINISTRATIVE CLAIMS

A. Attorneys fees (to be paid through the plan): N/A

B. Miscellaneous fees:
N/A

C. The chapter 13 trustee's fee is determined by order of the United States Attorney General. The calculation of the Plan payment set forth below utilizes a 10% trustee's commission. In the event that the trustee's commission is less than 10%, the additional funds collected by the trustee shall be disbursed to unsecured creditors up to 100% of the allowed claims.

## IV. UNSECURED CLAIMS

The general unsecured creditors shall receive a dividend of **18.9%** of their claims.

A. General unsecured claims: $63,848.63

B. Undersecured claims arising after lien avoidance/cramdown: N/A

Total of A + B general unsecured claims: $63,848.63

C. Multiply total by percentage of dividend: $12,090.00

D. Separately classified unsecured claims (co-borrower/student loan, etc.): N/A

V. OTHER PROVISIONS
    A. Liquidation of assets to be used to fund plan: N/A

    B. Modification of Secured Claims: N/A

    C. Miscellaneous provisions: N/A

VI. CALCULATION OF PLAN PAYMENT
a. Secured claims (Section I-A Total):     $7,949.00
b. Priority claims (Section II-A Total):     $16,983.86
c. Administrative claims (Section III A + B Total):   $0.00
d. General unsecured claims (Section IV-C Total):   $12,090.00
e. Separately classified unsecured claims
   (Section IV-D Total):     $0.00
f. Total of (a) through (e) above:     $37,023.00
g. Divide (f) by .90 for total including
   Trustee's fee:     Cost of Plan $41,137.00
   (This represents the total amount to be paid into the chapter 13 plan)
h. Divide (g) Cost of Plan by Term of plan:     60 months
i. Round up to nearest dollar: Monthly Plan Payment: $685.00
    (Enter this amount on page 1)

Pursuant to 11 U.S.C. § 1326(a)(1), unless the Court orders otherwise, a debtor shall commence making the payments proposed by a plan within thirty (30) days after the plan is filed.

## LIQUIDATION ANALYSIS

I. Real Estate:

| Address | Fair Market Value | Recorded Liens (Schedule D) |
|---|---|---|
| 123 Norwood Ave. #3 | $354,000.00 | $314,970.00 |

    Total Net Equity for Real Property: $39,029.94
    Less Exemptions (Schedule C): $39,029.94
    Available Chapter 7: $0.00

II. <u>Automobile</u> (Describe year, make and model):

|  | Value | Lien |
|---|---|---|
| 2002 Saab | $3,800.00 | None |

Net Value of Equity: $3,800.00
Less Exemptions (Schedule C): $700.00
Available Chapter 7: $3,100.00

III. <u>All Other Assets</u> (All remaining items on Schedule B):

Village Bank Checking Account Ending in 9641
Value of Equity: $4,100.00
Less Exemptions (Schedule C): $624.36
Available Chapter 7: $3,475.64

SUMMARY (Total amount available under Chapter 7, Net Equity (I and II) Plus Other Assets (III) less all claimed exemptions): $6,575.64

Pursuant to the Chapter 13 rules, the debtor or his or her counsel is required to serve a copy of the Amended Plan upon the Chapter 13 trustee, all creditors and interested parties, and to file a certificate of service accordingly.

_____    6-9-11
Debtor's counsel    Date

233 Needham St., Ste. 500
Newton, MA 02464
(617) 658-1919

I DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

_____    June 9, 2011
Debtor    Date